UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-249- KSF

R. A. WILLIAMS CONSTRUCTION CO., INC.                                    PLAINTIFF

VS.                                            **ORDER**

HARTFORD LIFE INSURANCE COMPANY                                    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court *sua sponte*, noting that on October 8, 2007, the parties filed a Joint Report of Rule 26(f) Meeting requesting that this matter be stayed for thirty (30) days to allow the parties to focus their efforts and resources on settlement discussions. Nothing further has been filed. Therefore,

**IT IS ORDERED** that the parties shall filed a status report as to their settlement negotiations within ten (10) days from the date hereof.

This the 26th day of November, 2007.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge